2015-1623 (La. 9/16/16)

**STATE of Louisiana**

v.

**Shearman WISHAM**

**NO. 2015-KO-1623**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of W. Baton Rouge, 18th

Judicial District Court Div. B, No. 113542; to the Court of Appeal, First Circuit, No. 2014 KA 1394

Denied.